(166 App. Div. 962)
EVANS v. CARROLL, County Comptroller.

(Supreme Court, Appellate Division, Fourth Department.   January, 1915.)

CLERKS OF COURTS ⬅︎12—COMPENSATION OF COUNTY CLERK—REPEAL OF STATUTE.

> Laws 1913, c. 367, providing that county clerks may appoint special deputy clerks, whose salary shall be fixed by the board of supervisors, and paid from the court funds of each county, or from an appropriation made therefor, did not repeal, by implication or otherwise, Laws 1898, c. 10, § 2, requiring the county clerk to pay the court deputies, etc., from the salary provided by such act.

> [Ed. Note.—For other cases, see Clerks of Courts, Cent. Dig. § 34; Dec. Dig. ⬅︎12.]

Appeal from Special Term, Oneida County.

Action by Edwin J. Evans against Jeremiah H. Carroll, as Comptroller of the County of Oneida.  From an order of the trial court, plaintiff appeals.  Affirmed.

Argued before KRUSE, P. J., and ROBSON, FOOTE, LAMBERT, and MERRELL, JJ.

Argued before KRUSE, P. J., and LAMBERT, MERRELL, FOOTE, and ROBSON, JJ.

Sholes & Norton, of Utica, for appellant.

John D. McMahon, of Rome, for respondent.


PER CURIAM.  We are of the opinion that the order appealed from should be affirmed, but not upon the sole grounds upon which the learned trial justice apparently based his decision, viz., that the general act of 1913 violates, not only section 28, art. 3, of the Constitution of the state of New York, prohibiting the granting of extra compensation to a public officer, but also contravenes subdivision 5, § 12, of the county law (Consol. Laws, c. 11, as amended by Laws 1911, c. 359, and Laws 1913, c. 742), forbidding the increasing of the salary or compensation of an officer during the term for which he is elected or appointed, although such would undoubtedly be the effect of such legislation.  The general act of 1913 (chapter 367) did not, we think, repeal by implication or otherwise the special act of 1898 (chapter 10, § 2) so far as the county clerk is required to pay the court deputies and all other employés of his office from the salary provided by that statute, and that the said special act still remains in full force and effect.

Order affirmed, without costs.

---

⬅︎For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes